396 P.3d 1155

**STATE of Hawaiʻi, Plaintiff-Appellee,**

**v.**

**Rommel A. LATA, Defendant-Appellant**

**NO. CAAP-15-0000674**

Intermediate Court of Appeals of Hawaiʻi.

DATED: Honolulu, Hawaiʻi, June 29, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CRIMINAL NO. 14-1-0488)

SUMMARY DISPOSITION ORDER

Affirmed.

■

396 P.3d 1155

**STATE of Hawaiʻi, Plaintiff-Appellee,**

**v.**

**Kekoa IONA, Defendant-Appellant**

**NO. CAAP-16-0000100**

Intermediate Court of Appeals of Hawaiʻi.

DATED: Honolulu, Hawaiʻi, June 29, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CR. NO. 14-1-0648)

SUMMARY DISPOSITION ORDER

Affirmed.

■

396 P.3d 1155

**STATE of Hawaiʻi, Plaintiff-Appellee,**

**v.**

**James HANSEN, Defendant-Appellant**

**NO. CAAP-16-0000569**

Intermediate Court of Appeals of Hawaiʻi.

DATED: Honolulu, Hawaiʻi, June 29, 2017.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT (CASE NO. 1DTA-15-05204)

SUMMARY DISPOSITION ORDER

Affirmed.